# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2012

146042-4 & (63)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ANTHONY SPALLONE,
            Plaintiff-Appellant,

v

DEPARTMENT OF MILITARY AND
VETERANS AFFAIRS and GRAND
RAPIDS HOME FOR VETERANS
ADMINISTRATOR,
            Defendants-Appellees.

SC: 146042-4
COA: 306739, 308376, 308388
Ingham CC: 11-001041-CZ

_____/

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2012

_____
Clerk

t1218